IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AUDREY BLUE-MOSBY and SAMANTHA JENKINS, individually and on behalf of all others similar situated,** § § § § § | | |
| Plaintiffs, § § | | |
| v. § | Civil Action No. **3:19-CV-1901-L** | |
| § | | |
| **PROPERTY LOSS SPECIALIST, LLC; JEFF NACHREINER; ANDY CORBETT; and JOE ARKIN,** § § § § § | | |
| Defendants. § | | |

## ORDER

The court has been notified by Plaintiffs' counsel, Ms. Alexander M. White, that this case has settled. The court **vacates** the Standing Order of Reference issued December 11, 2019 (Doc. 42). The parties are therefore **directed** to file a stipulation or notice of dismissal, or agreed motion to dismiss with the United States District Clerk's Office by **June 28, 2021**. The court truly appreciates the efforts of the parties in resolving this case. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court **determines** that it should be, and is hereby, **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**Order – Page 1**

**It is so ordered** this 27th day of April, 2021.

Sam A. Lindsay
United States District Judge

**Order – Page 2**